

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00352-CR

John **GONZALEZ III,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7917
Honorable Laura Parker, Judge Presiding

# O R D E R

The State's brief was originally due November 7, 2014; however, the court granted appellant an extension of time to file the brief until December 8. The State has filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and order the State's brief due **January 7, 2015**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court